No. 25-5417

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 7, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| COURTNEY JEWELL-MOORE, Guardian Mother and Next Friend of KMM, a minor, et al., | ) ) ) |
| Plaintiffs-Appellees, Cross-Appellants, | ) ) |
| v. | ) ) |
| BRYAN ARNOLD, Individually and in his Official Capacity as a Law Enforcement Officer for the Louisville Metro Police Department, | ) ) ) ) ) |
| Defendant-Appellant, Cross-Appellee. | ) |

O R D E R

Before: SUTTON, Chief Judge, BATCHELDER, and NALBANDIAN, Circuit Judges.

Plaintiffs Courtney Jewell-Moore and Toni Mitchell cross-appeal an order granting qualified immunity to Defendant Bryan Arnold on Plaintiffs' federal claims but denying qualified immunity on Plaintiffs' state claims. Arnold moves to dismiss the appeal for lack of jurisdiction on the ground that a district court's grant of federal qualified immunity is not a proper basis for an interlocutory appeal.

The district court's order granting summary judgment in part is not a final decision, 28 U.S.C. § 1291, and the district court did not certify its order for an interlocutory appeal under Federal Rule of Civil Procedure 54(b) or 28 U.S.C. § 1292(b). Although we have jurisdiction to review a district court's denial of qualified immunity in a non-final decision, *see Adams v. Blount County*, 946 F.3d 940, 948 (6th Cir. 2020), as Plaintiffs admit, we lack jurisdiction to review a

No. 25-5417
-2-

*grant* of qualified immunity in a non-final decision, *see Jackson v. Jernigan*, No. 17-5671, 2017 WL 6345757, at *1 (6th Cir. Aug. 30, 2017) (order); *Coe v. Ziegler*, 817 F.2d 29, 30 (6th Cir. 1987) (per curiam).

Accordingly, the motion to dismiss Plaintiffs' cross-appeal is **GRANTED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 07, 2025

Mr. Hal D. Friedman
Cooper & Friedman
1448 Gardner Lane
Suite 301
Louisville, KY 40213

Ms. Kristie B. Walker
Jefferson County Attorney's Office
Civil Division
200 S. Fifth Street
Suite 300N
Louisville, KY 40202

Re: Case No. 25-5417, *Toni Mitchell, et al v. Steve Conrad, et al*
Originating Case No. 3:20-cv-00530

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Kelly Stephens
Case Management Specialist: Jill
Direct Dial No. 513-564-7024

cc: Mr. Richard David Elder
    Mr. Andrew S. Miller
    Mr. Gregory Dean Simms
    Mr. James J. Vilt Jr.

Enclosure

No mandate to issue