UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TONI MITCHELL, Administratrix of the Estate of D'Juantez Mitchell, et al., Plaintiffs,

v. Civil Action No. 3:20-cv-530-DJH-RSE

STEVE CONRAD et al., Defendants.

* * * * *

# ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 118) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **CLOSED** and **STRICKEN** from the Court's active docket.

July 15, 2026

**David J. Hale, Chief Judge**
**United States District Court**